UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Matthew F. Lassiter                            Docket No. 5:15-CR-367-1H

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew F. Lassiter, who, upon an earlier plea of guilty to Count 1- Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1),18 U.S.C. § 924(a)(2) and Count 2- Possession of a Quantity of Marijuana, in violation of 21 U.S.C. § 844, 21 U.S.C. § 844(a), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 10, 2016, to the custody of the Bureau of Prisons for a term of 58 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Matthew F. Lassiter was released from custody on March 20, 2020, at which time the term of supervised release commenced. On August 21, 2020, as a result of the defendant testing positive for marijuana and cocaine on August 12, 2020, a Violation Report was forwarded to the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 8, 2020, the defendant submitted a urine specimen which tested positive for marijuana and cocaine. On September 15, 2020, he was confronted with the results and the defendant signed an admission of drug use. Furthermore, the defendant admitted that he last used both substances on September 7, 2020. As a sanction for this conduct and to deter future drug use, we would respectfully recommend that his supervision be modified to include 90 days of curfew with GPS monitoring. We will continue to monitor his drug use through the Surprise Urinalysis Program and have increased his substance abuse treatment. Currently, the defendant and his substance abuse counselor are attempting to place him in an inpatient-treatment program. If the defendant is admitted to an inpatient-treatment program, we respectfully request the court to allow our office to install the location monitoring equipment upon his release from inpatient treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. If the defendant is admitted to an inpatient-treatment program, the location monitoring equipment will be installed upon his release from that program.

**Matthew F. Lassiter**
**Docket No. 5:15-CR-367-1H**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

          I declare under penalty of perjury that the foregoing is true and correct.

          /s/ Keith W. Lawrence
          Keith W. Lawrence
          Senior U.S. Probation Officer
          150 Rowan Street Suite 110
          Fayetteville, NC 28301
          Phone: 910-354-2538
          Executed On: September 17, 2020

### ORDER OF THE COURT

Considered and ordered this 18th day of September, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge