IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-367-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MATTHEW F. LASSITER, ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to reconsider this court's order, [DE #70], continuing defendant on supervised release following a term of imprisonment of six months [DE #73]. While the government states it does not oppose the motion, it also states it intends to seek a term of imprisonment greater than six months should the court amend the judgment, [DE #72].

Defendant seeks reconsideration of this court's order as he did not expect the court to continue supervision following a term of imprisonment and contends that it would not be beneficial to him considering his history of drug abuse. For lack of good cause shown, defendant's motion to reconsider, [DE #70], is hereby DENIED. The court upholds its prior order, [DE #73].

This 11th day of January 2021.

_____
MALCOLM J. HOWARD
Senior United States District Judge